I am writing in an attempt to Court Martial in Maritime court, Lubbock County Sheriff Kelly Rowe. I have included documents to be forwarded to United States Navy, who has jurisdiction of maritime laws, including outer space.

After 26 years in a part of the secret space program, I have sufficient evidence that:

(A) Hostile // Parasitic Extra-Terrestrial Beings have both invaded our planet and infiltrated our beloved country, included the Government itself.

(B) Sheriff Kelly Rowe has purposefully allowed these ET's to injure both citizens in Lubbock county as deputies, or in Lubbock County Detention Center as inmates.

(C) The two alien species (ETs) I have been trained (by the United States Marine Corps) to engage are:
  ① Annunaki
  ② Reptilians

(D) We, at SmithUnit in Lamesa, TX, have detailed a number of known reptilians, and I am personally detaining a notorious Annunaki known as Enki in my cell.

→ BACK →

All that I ask is to be allowed to Court Martial Kelly Rowe, who I will detain personally in 2022. Additionally, I need you to please forward, as a matter of National Security [and international peace] the following designs//protocols for a game strategy to protect 7 different celebrity females (2 of which are either military and/or police/public servants). It is not only in the best interest of the US to protect these females at all cost, but to ensure they are FIRST versed in the protocol needed to ensure their safety.

Thank you for forwarding this message in its entirety to the United States Navy.

Please, if you cannot help, DESTROY THIS MESSAGE, do NOT return to sender under any circumstance.

Sincerely,

James Casias

SSN: 459997682

TDCJ ID: 2314208

Should you have any questions regarding my claims, contact Federal Marshall Jerry Salinas who has a catalog of evidence I have presented regarding Lauren Mayberry of Scotland.

# Program BlackFear

Sin Diekét's <u>potential</u> program for aiding the United States Marine Corps in a humanitarian effort to:

① Spread new technological advances in terms of capability ONLY!

✓② Donate at least $1,000,000.⁰⁰ in services to execute via "BlackFacing" 1 war criminal from every single country on planet Earth. Hopefully in y'alls countries.

③ Trade military grade tactical // magical techniques and knowledge by allowing ··Advanced·· soldiers ··gifted & talented·· to interact with eachother in combat scenarios in an attempt to learn small bits of new techniques.

✓④ Spend at least 3-4 hours after the ~~attend~~ official program to allow the programmers to ~~█████~~ recreational activities to understand eachother as people of planet Earth.

| SHARE WITH PLANET EARTH | Submit patent to protect my intellectual property and ability to be the BlackFEAR |

### Black FEAR Decks
- Carbon block
- 99.99% Light
- Image (2D-cartoon)
- (2D-string person)
- Diamond casing
- Image of BlackFace®

### Black Hole Card
- Lo cost $1 million to manufacture
- FEAR gaming ] 27 years of research
- Vile arting ] and training.
- Diamond casing on the card
- Cost of image, carbon black, ecto
- light source
- over time approx. 3-4 months
- Fade to Black Hole

light cone
counter
future light
present
past light

IF THIS
| U | L | S |
| S | FEAR | Vile |
| F | T | T | A |

THAN THIS
• key black facers
# that I myself can handle and never run out of works

# Absolute Zero Decks x2



- All gravity collapsed into 1 big black hole
- sphere
- Absolute zero

|Theory states|: All mass/no energy via the Higgs field, they are mass carriers.

# Rabbit Hole Decks x2

Binary Language
→ Tell the computer its $x\square y\square z$
→ Open channel
channels FROM $x \rightleftarrows y$ channel

# Vile – Light Decks

- Flowing Pink Pigment
- Image of a lady at her chosen prime age
- Diamond casing
- Image side (frozen image) (locks a lady in time)

# Z-Ring Dilation Decks 1x2

advanced polar-coordinate grids
- Red Ring (past)
- sphere (present)
- Blue Ring (future)

The most accurate depiction of <u>time</u>
↳ Just trust me on this one, we'll never make a better depiction
↳ Quantum Mechanics talks about (compactifying dimensions) collapsing things, well r/i are (compacted) space

# Love Deck x1

God is love. Without love what would I be?

Absolute Zero: Selena Gomez: Characters: Sparkles // MeeMee

H — We go on a fancy date, 3 other couples broadcast our date

H — Some child is in pain, you take their pain away

H — Someone gets your autograph, now everybody has an autograph in their pocket

H — Before ramble about a story you know, you show me the video

H — Tell me about a humanitarian project, my design it 50% complete

H — I kill someone w/ kindness, you shed a tear, I have to revise the timeline

D — We go to a restaurant, everybody's food turns to sweets at their tables

D — I go to a clothing store with you, a rack of clothes have cool designs

D — We visit an organic farm, all the plants suddenly are suddenly full of ripe fruit

D — We shop at a small business, suddenly the store has extra space and a new room

D — We walk down a downtown area, there's a new store or alleyway suddenly

D — We drive to/from LBK, the true scenery of the area becomes apparent

D — I explain what Zion is, a citizen of Zion confirms

C — I attend one of your live shows, you float 9087" above ground all nigh

C — You post a picture of us together, FEAR and/or Vile are always somewhere to be seen

C — I tell you to wear a short skirt w/ no panties, all other single girls do the same

C — I grab your ass tight AF, your hair turns a hot color

C — We hold hands in public, we see no police, even when driving

S — Some random flirts with me, I make her post about how the world could

S — I quote the bible in an applicable situation, Jesus wakes by Toluecys see me online

S — I compliment a fine ass lady, she tells me how sad it was how the gov did me

2H — Call a foreign or domestic area a "safe zone" it immediately becomes one

2D — Beep your car alarm, everybody has the newest model of their car in the lot

2C — Tell an offensive force "swiper no swiping" they stop advancing fo-1 month

2S — Compliment a random's outfit, she asks to show it to your boyfriend

3H — Demand a meeting with any foreign official it is granted within 3 days

3D — Call a ceasefire, it happens immediately and doesn't let up

3C — Grant asylum to any whistleblower indefinetly

3S — Find an international "black facing" for me, within 30 minutes of me askin

4H — Release video of a real ET

4D — Release video of a good fight

4C — Release video of a pedophiles demise

4S — Allow FEAR to jump through into any video

4 - princesses — you pull 4 feats from your bonus box

you write your bonus box

Starter Decks for V7 Lovelies

Absolute Zero : Lauren Mayberry : Characters : Bright//Dimes

- 2¢ — Manifest a black hole in a picture
- 3¢ — Draw a clown face, Vile has facepaint for 30 seconds
- ~~4¢ — ~~ (crossed out)
- 5¢ — Spin a dime, everybody's tab is paid at once
- 8$ — Make a tweet, your bot post a future picture
- 9$ — All girls dance, summon Bright in bathroom mirror
- 10$ — Guys chug beers, all the video games burp

- 2C — Ability to see the ghosts I see
- 3C — Show jewelery I gave you, hear a cash register
- 4C — Hold my hand, float to my height
- 5C — Break pool, TV's all change channels
- 7C — Fix your make-up, a picture cries blood

- 2D — Play song on your phone, it plays on the closest speakers
- 3D — Write a question to the AI, it answers on TV/radio
- 4D — Drink a soda, bubbles appear everywhere
- 5D — Lick a lollipop, gravity amps up
- 6D — Shine a laser light, it reflects 1000 times
- 8D — Eat a candy, the room turns that color
- 9D — Ask what time it is, all games say "gametime!"

- 2H — Kiss my cheek, Bright says "smooch!"
- 3H — Favorite a tweet, it trends
- 4H — Show a picture, it pirates the TV
- 5H — Read from a book, it echos
- 6H — Play a game, the game says it loves you
- 7H — I lick your ear, Bright giggles
- 8H — Show your necklace, my tattoos change
- 10H — Shine a light in a prism, someone finds an element 115 coin

- Q¢ — Ability to stop senseless violence
- QH — Ability to film/photograph anything
- AC — Point at the moon, I have cat's eyes
- AS — Take a picture, door appear on the wall

- 4 — princesses — you pull 4 feats from your "bonus box"
- 4 — kings — I pull 4 feats from your "bonus box"

I wrote your bonus box and will give it to you in person.

Rabbit Hole : Tinashe : Characters : SAD//BAD

2C — I tell a really dark joke, you laugh along without laughing
3C — You untuck your Rosary, some chick cries blood
5C — You use my pocket knife to carve our names in the stars
7C — You ask Vic for a Desert Eagle, you find one in your purse
9C — Viz stocks cars like Daddy stocks bodies
10C — I shoot a desert eagle, Viz fires at same team w/ auto .50 cal
2S — you hand me a candy skull, I pull a skull from someone in the room
3S — You claim to have seen a monster, we all see that monster
4S — I grab your booty, SAD sits somewhere and stares at me
5S — You pull out your purse to pay, everybody's tab is paid at once
7S — You light a magic candle, a ghost lady appears in the smoke
10S — You say, "Nah bitch, that's my dick", bitch dies [except any of my 7]
3H — Demon needs to die, send him to the well, he cries
4H — Play wishing well for all the ladies [only my 7 can play]
5H — Look at a black face card I made, I kill a pig
8H — Lauren says "off with his head", I behead him immediately
9H — Janelle calls someone racist, we hang them from a burning cross
10H — You say, back to reality, we return to peace
8D — Like some random's post online, she DM's me her number and a nude
9D — Tell a random she has a fat ass, she says "I bet you got a fat dick"
7D — Create a huge thunderstorm at one of your shows out of nowhere
10D — Ask you if I can fuck a random, you say No
QC — Say I'm the Queen of [ ], that country kills a politician
QS — Say, "pardon me" to someone who don't deserve it, I smoke their game
QH — Say, "respectfully I decline/disagree" to someone right before they have a freak accident
QD — Say, "in my opinion", everybody who disagrees blacks out and we rob them
KC — Ask a female if she's ever seen a ghost, her new ghost man walks up to her
KS — Tell a female she look so beautiful, 2 dudes fight to the death for her
KH — Hug a female for being cute, she looks 7 years younger
KD — Correct a male for a vile remark, both FEAR & Vile beat his ass
AC — Ask me to mop, I mop some fool up
AS — Ask me to cause A tragedy, I make it a murder scene
AH — Ask how I fell in love, I open hell from up above
AD — Solve an unsolved murder

4 - princesses — pick 4 feats from your "bonus box"
~~4 - toys~~ — ~~4 toys~~ you write your bonus box

Rabbit Hole : Tessa Thompson : Characters & Rite // Sine

C — Dial a random number, someone has a new phone in their pocket
C — Compliant someones art, it becomes immediately worth a lot
C — Sit on my lap, FEAR has black lion paws for 5 minutes
C — Use a laser light to draw shapes in the sky, they temporarily stay
C — I am almost dead, shove me with an invisible force to wake me up
C — Tell me "you're good", I win a fight I'm losing
D — Ask Mookie for a cookie, she gives you a Clarist Coin
D — Hear Mookie giggle, ask her to tell her riddle
D — Tell Mookie you forgot your purse, $5000⁰⁰ cash appears in your hand
D — Say "I'm too drunk", Mookie pulls up as an unknown type of whip
D — You have problem w/ some dude, Mookie hands me a 117 katana
D — You back it up on me at a party, you grow horns for 5 minutes
D — You request a song, 10 ghost girls start dancing
D — takes a lady by the hand, y'all both have rain boots
H — We go to the movies, the whole world watches the same movie
H — ~~I kiss your belly~~, all girls have ice cream
H — I lick your ear, one ghost girl comes back to life
H — You show your heart necklace, there's suddenly a lunar eclipse
H — You take a rip of bud, everybody is coughing
S — I make a random laugh, she shows me her tits
S — I pull out some cash, a random grabs my dick
S — Someone decides to buck on me at a comedy show, I knock them out
S — Generate an obvious gravity point that scares everybody
2C — Open an interdimensional portal in an abandoned house to any past time
2D — Hand me some amphetamine so I can manifest any metal shape you want
2H — Ask for some ice cream, Lady Death hands it to you herself
2S — Tell me to talk about revenge, the room gets cold, dark, and spooky
3C — tell some male to watch his back, FEAR is standing behind him
3D — Ask some male if he thinks that's funny, Ville follows him the rest of the night
3H — Tell a male "that's not funny", FEAR screams in his face
3S — Tell a female she deserves better, Ville escorts her to our table
4C — curse somebody
4D — cause a tragedy
4H — Lock something away forever
4S — Dance with you at a rave

4 princesses — pull 4 feats from your bonus box
    you write your bonus box

2 - Ring Dilation o Janelle Monae o Ruby // Glimmer o Characters

2C - Yell in a megaphone at a protest, all windows in 50' shatter
5C - I grab your head, you can "thump" heat for 30 seconds
6C - Take a sticker off a randoms butt, it turns to gold when you pin it to their shirt
7C - Put your magic hat on someone else, they become famous for ~~famous for~~ their work
8C - Pinch my cheek for saying something slick, I pop a gem out my mouth
9C - Insult the lack of manners of somebody, they turn to stone
10C - Suggest a good idea, the whole world complies

2H - Write down who you want to hack and how, it is done and broadcasted
3H - Draw a guy fawkes mask, everybody has one in public
4H - Ask me to tell a prison story, Glimmer cries in front of everybody
5H - I hand you a gem, we make out, time slips
6H - Ask me to predict the next card, I get it right, you can use one of mine
7H - Flash a public service announcement on TV's around the world to say as you wish
8H - Jam the signal for any media outlet, make a statement regarding ~~ole~~ information
9H - Surround a corrupt court house, everybody resigns, the people take it over
10H - 

2D - Glimmer marks something with a pretty color, it becomes an important prop
3D - Ruby wants everybody to make some sort of art, it smells like ~~prop~~ cotton candy
4D - Glimmer spray paints a building, the message goes back in time
5D - Vile ask Glimmer if she wants dessert, a ghost waiter brings it to
9D - ~~FEAR~~ swells Ruby's hair, the colory spots I see can be seen by ~~them~~ all
10D - When we go on a date, every couple is automatically in character

5S - I pull you by your panties, gravity pulls everybody that way
6S - I pet your pussy Ruby, opens her purse full of gems and gives
7S - I read someone's cards, they tell me something I missed ~~them~~ to 3 ladies
8S - I lick your ear, you tell me the truth about Lauren while locked up
9S - We visit old Emma, I write the amount of cash I'm getting, we leave with
   I desire to know                                                      that cash taken

QC - Claim ownership of any abandoned property, from my 3 witch vault
QH - Draw a door on a rough sketch, it appears and takes us to Zion
QS - Pierce the veil with my knife so people can see beyond
QD - Light my zippo and point, that building goes up in flames immediately

KC - Call a moon shot, it happens immediately
KH - Post a link to bail for ~~any~~ crime you want, that person makes bail immediately
KD - Change the color of any mask to hide the crimes suspect
KS - Tell any group of rioters/protestors to stop, they do

AC - Gossip about a recent crime, I get a email with info to solve
AH - Text someone a link to a "Predator" manual, their car lit becomes a "Predator"

4 - princesses - pull 4 feats from your bonus box
you write your bonus box

Z-Ring Dilation : Amanda [Army Handler] : Characters : Diamond // Star

2D — I give you a rose, a grave situation arises
3D — You hand me $1.00, all spoiled brats dance naked
4D — You roll your eyes at a dumb comment, whoever made it becomes a zombie
5D — I say a girl is fine, you tell me she's a ghost girl
6D — You teach someone about Lady Death, if they deny you based on scripture she kills one of their loved ones
7D — I tell someone I'm not gonna argue politics/religion, their mouth is sewed shut
8D — You tell me a secret about Death, she follows the next person in line me all
9D — I tell you I'm going grave robbing, all orders are filled night to die
10S — You ask me what hell is like, when I tell you, someone dies
JS — We talk about Dead Presidents, the snitch in the group raises their hand
QS — You ask me to play a game, FEAR scratches 1" deep into the target
KS — We hold hands as we walk, Vile walks behind us as he mops
AS — You tell some girl you like their shirt, all girls are wearing the same shirt
2S — We both paint our faces for a date, people there have no face
3S — Lady Death marks a car, we tell the owner to leave the bar, they crash
4H — Hold a grudge because of love, they feel the hurt, they turn to drugs
5H — Forget the past, include a blast, remove the bodies, charge em' cash
6H — Perfect lives, perfect wives, lose a man, the perfect slice
7H — Refuse to lose, they play us too, think its funny, till they snooze
8H — How could he ever love, love is real, to you he's numb
9H — Just like Joel ZIMMERMAN, you're always mine, so prepared, for all time
TH — Execute via "Bear Jew" style bat crushing, knock the name of the next one
JH — Say you were in the Army, a random ask to come out the park
QH — Hold Joel ZIMMERMAN's gaze so hard the bandwidth comes from pulling his wife's card
KH — Wear a super sexy/scandalous outfit, all single girls do the same
AH — Explain to women that they can have sexual encounters with whoever they want, so they do, no one is asking for it
2D — I put my arm around your shoulder cause I feel your gravity pulling you down
3H — We make our own bang bus where we snatch up old pornstars who disappear forever
4S — Any time I have a sexual encounter, time dilates 3x normal rate
5C — We buy, operate, improve upon, and moralize a strip club

4 — princesses — you pull 4 feats from your bonus box

        you write your bonus box

Love Deck : Sierra : Scarlet // Widow : Characters

You write all 52 of your feats.

James Casias
TDCJ 2314208
Smith Unit
1313 CR 19
Lamesa, TX 79331

United States District Court
Office of the Clerk
Northern District of Texas
1205 Texas Ave, Room 209
Lubbock, TX 79401

Legal Mail

RECEIVED
AUG 27 2021
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS