UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

JAMES CASIAS,
Institutional ID No. 02314208

    Plaintiff,

v.

KELLY ROWE, *et al.*,

    Defendants.

No. 5:21-CV-00177-H

## JUDGMENT

For the reasons stated in the Court's order entered today, it is ordered, adjudged, and decreed that this civil-rights complaint is dismissed without prejudice for want of prosecution.

Dated March 24, 2022.

                                                JAMES WESLEY HENDRIX
                                                United States District Judge